IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff-Respondent,**

v.     **CIV-05-0970 RB/LAM**
      **CR- 03-1265 RB**

**JUAN ANTONIO HUIZAR,**

    **Defendant-Movant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 13*)

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition* (*Doc. 13*), filed on March 6, 2007.  No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed.  The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition* (*Doc. 13*), deny Defendant-Movant Huizar's *Motion* (*Doc. 1*) seeking relief pursuant to 28 U.S.C. § 2255, without an evidentiary hearing, and dismiss this case with prejudice.

    **IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition* (*Doc. 13*) are **ADOPTED** by the Court.

    **IT IS FURTHER ORDERED** that Defendant-Movant Huizar's *Motion* (*Doc. 1*) seeking relief pursuant to 28 U.S.C. § 2255 is **DENIED**, without an evidentiary hearing.

    **IT IS FURTHER ORDERED** that a final judgment dismissing this case and all of Defendant-Movant's claims, with prejudice, be entered concurrently with this order.

**IT IS SO ORDERED**.

*[signature: Robert Brack]*

_____
**HONORABLE ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE**